Stevie Wyre
TDCJ # 1858012
Eastham Unit
2665 Prison Rd #1
Lovelady, Texas 75851

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

83,236-01

May 14, 2015

Abel Acosta "Clerk"
Court of Criminal Appeal
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RE: NO. WR-83,236-01 Memorandum application for 11.07 Writ of Habeas Corpus in TR. Ct No. 1364440-A

Dear Clerk,

I have sent my memorandum of law Brief to the Court of Criminal Appeal under the trial court NO. 1364440-A Please file it under WR-83,236-01 and inform me of reciept of this letter. I thank you for your time and assistance and I wait your response.

Sincerly,

Stevie Wyre
TDCJ # 1858012